# IN THE SUPREME COURT OF THE STATE OF NEVADA

RAYMOND G. PADILLA,
                    Appellant,
            vs.
BRIAN WILLIAMS, WARDEN,
                    Respondent.

No. 78993

**FILED**

JUL 0 5 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
        DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a purported district court order dismissing a postconviction petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; Ronald J. Israel, Judge.

This court's review of this appeal reveals a jurisdictional defect. Specifically, no decision had been made on the petition when appellant filed his appeal on June 10, 2019. Rather, the district court set a status check for 90 days. Thus, the notice of appeal is premature. *See* NRS 177.015(3). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Silver

19-28730

cc: Hon. Ronald J. Israel, District Judge
Raymond G. Padilla
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk